1  MICHAEL BARNES (State Bar No. 121314)
   SONIA MARTIN (State Bar No. 191148)
2  CHRISTOPHER WINDLE (State Bar No. 141123)
   SONNENSCHEIN NATH & ROSENTHAL LLP
3  2121 N. California Blvd., Suite 800
   Walnut Creek, California 94596-7342
4  Telephone: (925) 949-2600
   Facsimile:  (925) 949-2610
5  Email:       mbarnes@sonnenschein.com
                smartin@sonnenschein.com
6               cwindle@sonnenschein.com

7  Attorneys for Defendant
   ALLSTATE INSURANCE COMPANY
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11             SAN FRANCISCO/OAKLAND DIVISION

12 ANDREW BERANBOM, COOPBOM, LLC,           No. C 08-3675MEJ

13         Plaintiffs,                      NOTICE TO PLAINTIFFS THAT
                                            ACTION HAS BEEN REMOVED TO
14 vs.                                      FEDERAL COURT

15 ALLSTATE INSURANCE COMPANY,
   and DOES 1 to 200, inclusive,
16
           Defendants.
17

18

19     TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

20     NOTICE IS HEREBY GIVEN that, pursuant to 28 U.S.C. sections 1332, 1441(a), and

21 1446, this action has been removed to the United States District Court for the Northern District

22 of California.  Copies of the Notice Of Removal Of Civil Action filed in the District Court and

23 the Notice That Action Has Been Removed filed in the Superior Court of California for the

24 County of Alameda are attached (without their exhibits) as Exhibit 1.

25     All further proceedings in this action shall take place before the United States District

26 Court for the Northern District of California.

27

28

Dated: August 5, 2008

SONNENSCHEIN NATH & ROSENTHAL LLP

By: _____
SONIA MARTIN

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. California Blvd., Suite 800
Walnut Creek, California 94596
(925) 949-2600

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. California Blvd., Suite 800
Walnut Creek, California 94596
(925) 949-2600

# Exhibit 1

-3-

Case No. C 08-3675MEJ

NOTICE TO PLAINTIFFS OF
REMOVAL TO FEDERAL COURT

MICHAEL BARNES (State Bar No. 121314)
SONIA MARTIN (State Bar No. 191148)
CHRISTOPHER WINDLE (State Bar No. 141123)
SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. California Blvd., Suite 800
Walnut Creek, California 94596-7342
Telephone: (925) 949-2600
Facsimile: (925) 949-2610
Email:  mbarnes@sonnenschein.com
        smartin@sonnenschein.com
        cwindle@sonnenschein.com

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| ANDREW BERANBOM, COOPBOM, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> ALLSTATE INSURANCE COMPANY, and DOES 1 to 200, inclusive, <br><br> Defendants. | No. <br><br> NOTICE OF REMOVAL OF A CIVIL ACTION |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA AND TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. section 1441(a), defendant Allstate Insurance Company hereby removes to this Court the action described herein and respectfully submits the following statement of grounds for removal:

THE SUPERIOR COURT ACTION

1. On June 27, 2008, an action was commenced in the Superior Court of the State of California for the County of Alameda, entitled *Andrew Beranbom, Coopbom, LLC v. Allstate Insurance Company*, Case No. RG08395514 (the "Superior Court Action").

-1-

Case No. _____  NOTICE OF REMOVAL

2. In the Superior Court Action, plaintiffs seek damages on account of Allstate's denial of coverage for a loss to their property located at 1801 Koyukon Drive, South Lake Tahoe, California. (Complaint ("Compl."), ¶ 8 [Ex. B hereto].) Specifically, plaintiffs contend their home suffered water damage as the result of a burst water pipe. (*Id.*)

3. Allstate insured plaintiffs on the date of loss under a Deluxe Plus Homeowners Policy (the "Policy"). (Compl., ¶ 7.) According to the complaint, Allstate denied coverage for the loss. (Compl., ¶ 16.) On December 26, 2007, the property was inspected by Scott Mills of Cunningham Lindsey U.S., Inc., an independent claims service company, which estimated the repairs to total $125,000. (*See* Ex. A hereto; *see also* Compl., ¶12.) Plaintiffs sue Allstate for breach of contract and breach of the covenant of good faith and fair dealing.

SERVICE

4. Allstate is informed and believes that the Summons and Complaint in the Superior Court Action were served on Allstate on or about July 2, 2008 by service on the CT Corporation. Attached hereto as Exhibit B are true and correct copies of the Complaint and Answer, which Allstate believes constitute all pleadings on file in the Superior Court Action.

JURISDICTION

5. Plaintiffs were, at the time of filing of the Superior Court Action, now are, and at all relevant times have been, citizens and residents of the State of California. (Compl., ¶ 1.) Defendant Allstate was, at the time of filing of the Superior Court Action, now is, and at all relevant times has been, a corporation organized and existing under the laws of the State of Illinois, with its principal place of business in the city of Northbrook, Illinois. (Compl., ¶ 2.)

6. Plaintiffs and Allstate, accordingly, are citizens and residents of different states.

AMOUNT IN CONTROVERSY

7. Plaintiffs have sued Allstate for breach of contract and breach of the covenant of good faith and fair dealing. The breach of contract cause of action asserts that "[p]laintiffs have been paid neither the whole nor any portion of their damages, despite repeated requests that coverage be afforded and that repairs be made under the terms of the policy." (Compl., ¶ 16.) The repair costs for the structure alone have been estimated to be $125,000. (*See* Exhibit A.)

-2-

Case No. _____                                                                                          NOTICE OF REMOVAL

1  Allstate is informed and believes that, in addition to this amount, plaintiffs seek additional sums
2  for alleged damage to their personal property.
3      8.  In addition, plaintiffs seek additional sums to compensate them for alleged
4  emotional distress resulting from "bad faith" on Allstate's part. (Compl., ¶ 32.) The Complaint
5  also seeks attorneys' fees, costs and interest. (*Id.*, Prayer for Relief, at ¶ d.) Attorneys' fees
6  incurred to compel payment of insurance policy benefits withheld in bad faith are also
7  recoverable as damages, and are also part of the amount in controversy. *Brandt v. Superior
8  Court*, 37 Cal. 3d 813, 815 (1985). Finally, the Complaint seeks punitive damages, which also
9  are included in determining whether the amount in controversy requirement has been met. *Bell
10 v. Preferred Life Society*, 320 U.S. 238, 239 (1943). Accordingly, plaintiffs seek to recover
11 damages in excess of seventy-five thousand dollars ($75,000).
12     9.  The Superior Court Action is a civil action of which this Court has original
13 jurisdiction under 28 U.S.C. section 1332, in that plaintiffs and Allstate are citizens of different
14 states and the amount in controversy exceeds $75,000, exclusive of interest and costs.
15     10. The case is therefore one that Allstate may remove to this Court pursuant to 28
16 U.S.C. sections 1441 and 1446. The removal is effected less than thirty days after service of the
17 Complaint in the Superior Court Action, in accordance with 28 U.S.C. section 1446(b).

Dated: July 31, 2008

SONNENSCHEIN NATH & ROSENTHAL LLP

By: _Sonia Martin (DK)_
    SONIA MARTIN

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

-3-

Case No. _____                                NOTICE OF REMOVAL

MICHAEL BARNES (State Bar No. 121314)
SONIA MARTIN (State Bar No. 191148)
CHRISTOPHER WINDLE (State Bar No. 141123)
SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. California Blvd., Suite 800
Walnut Creek, California 94596-7342
Telephone: (925) 949-2600
Facsimile: (925) 949-2610
Email:    mbarnes@sonnenschein.com
          smartin@sonnenschein.com
          cwindle@sonnenschein.com

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

ENDORS[...]
FILED
ALAMEDA C[...]

AUG - 4
[...]
CLERK OF THE SUPER[...]
By _____

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF ALAMEDA

| | |
|---|---|
| ANDREW BERANBOM, COOPBOM, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, and DOES 1 to 200, inclusive,<br><br>Defendants. | No. RG08395514<br><br>NOTICE TO STATE COURT THAT ACTION HAS BEEN REMOVED TO FEDERAL COURT |

**BY FAX**

TO THE CLERK OF THE ABOVE COURT:

PLEASE TAKE NOTICE THAT, on July 31, 2008, defendant Allstate Insurance Company removed this action to the United States District Court for the Northern District of California, pursuant to 28 U.S.C. sections 1332, 1441(a), and 1446. A copy of the Notice Of Removal Of Civil Action (without exhibits) is attached hereto as Exhibit "A."

PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. section 1446(d), filing the Notice Of Removal Of Civil Action in the United States District Court followed by filing this notice with this Court effected the removal of this action, and this Court may not proceed further unless and until the action is remanded.

| | |
|---|---|
| 1    Dated: August 4, 2008 | SONNENSCHEIN NATH & ROSENTHAL LLP |

Dated: August 4, 2008                SONNENSCHEIN NATH & ROSENTHAL LLP

By: /s/ Sonia Martin (CW)
        SONIA MARTIN

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. California Blvd., Suite 800
Walnut Creek, California 94596
(925) 949-2600

-2-
NOTICE TO STATE COURT OF REMOVAL TO FEDERAL COURT

27304137\V-1