MICHAEL BARNES (State Bar No. 121314)
SONIA MARTIN (State Bar No. 191148)
CHRISTOPHER WINDLE (State Bar No. 141123)
SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. California Blvd., Suite 800
Walnut Creek, California 94596-7342
Telephone: (925) 949-2600
Facsimile:  (925) 949-2610
Email:     mbarnes@sonnenschein.com
           smartin@sonnenschein.com
           cwindle@sonnenschein.com

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW BERANBOM, COOPBOM, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY,<br>and DOES 1 to 200, inclusive,<br><br>Defendants. | No. C 08-03675 MEJ<br><br>DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR ASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party respectfully declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition, and hereby requests the reassignment of this case to a United States District Judge.

Dated:  August 11, 2008                         SONNENSCHEIN NATH & ROSENTHAL LLP


                                                By: _____ */s/ SONIA MARTIN* _____
                                                            SONIA MARTIN

                                                Attorneys for Defendant
                                                ALLSTATE INSURANCE COMPANY

Case No. C 08-03675 MEJ                         DECLINATION TO PROCEED BEFORE A MAGISTRATE