Craig A. Diamond (SBN: 89361)
Stephen C. Baker (SBN: 112324)
**Diamond ♦ Baker, LLP**
P.O. Box 1147
Cedar Ridge, CA 95924-1147
Telephone: 530/272-9977
Facsimile:  530/272-8463
Email: cdiamond@dbplaw.net
          sbaker@dbplaw.net

Attorneys for Plaintiffs ANDREW BERANBOM, COOPBOM, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| ANDREW BERANBOM, COOPBOM, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, and DOES 1 to 200, inclusive,<br><br>Defendants. | Case No. C 08-03675MEJ<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: August 12, 2008                    DIAMOND ♦ BAKER, LLP

                                          By: _____
                                              CRAIG A. DIAMOND
                                              Attorneys for Plaintiffs
                                              ANDREW BERANBOM, COOPBOM, LLC

**PROOF OF SERVICE BY ALL OPTIONS**

I am employed in the County of Nevada, State of California. I am over the age of 18 and not a party to the within action; my business address is Diamond ♦ Baker, LLP, P.O. Box 1147, Cedar Ridge, CA 95924-1147.

On August 12, 2008, I served, in the manner indicated below, the foregoing document described as CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE on the interested parties in this action:

Michael Barnes
Sonia Martin
Christopher Windle
Sonnenschein Nath & Rosenthal LLP
2121 N. California Boulevard, Suite 800
Walnut Creek, California 94596-7342
Telephone: 925/949-2600
Facsimile: 925/949-2610
email:  mbarnes@sonnenschein.com
        smartin@sonnenschein.com
        cwindle@sonnenschein.com

Attorneys for Defendant Allstate Insurance Company

✔  **BY REGULAR MAIL**: I caused such envelopes to be deposited in the United States mail at Grass Valley, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited in the United States Postal Service each day and that practice was followed in the ordinary course of business for the service.

___  **BY FACSIMILE**: By causing a true copy thereof to be telecopied to the party(ies) at the facsimile number as set forth by their name(s). The facsimile machine I used complied with Rule 2003(3) and Rule 2003(6) and no error was reported by the machine. Pursuant to Rule 2005(I), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration. Rule 2008(e)]

___  **BY FEDERAL EXPRESS/UNITED PARCEL SERVICE**:  By placing a true copy thereof enclosed in a sealed Next Day Air envelope with postage fully prepaid at a facility regular maintained by Federal Express/United Parcel Service as set forth below.

___  **BY PERSONAL SERVICE**: I caused such envelopes to be delivered by hand to the offices of the addressees.

___  STATE:    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

✔  FEDERAL:    I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

Executed on August 12, 2008, at Grass Valley, California.

Kim Ashley

Case No. C 08-03675MEJ                    Consent to Proceed Before a U.S. Magistrate Judge
2