Craig A. Diamond (SBN: 89361)
Stephen C. Baker (SBN: 112324)
**Diamond ♦ Baker, LLP**
P.O. Box 1147
Cedar Ridge, CA 95924-1147
Telephone: 530/272-9977
Facsimile:  530/272-8463
Email: cdiamond@dbplaw.net
       sbaker@dbplaw.net

Attorneys for Plaintiffs ANDREW BERANBOM, COOPBOM, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| ANDREW BERANBOM, COOPBOM, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ALLSTATE INSURANCE COMPANY, and DOES 1 to 200, inclusive, <br><br> Defendants. | Case No. C-08-3675 MMC <br><br> **CERTIFICATE OF SERVICE ON ALL PARTIES OF THE AMENDED CASE MANAGEMENT CONFERENCE ORDER** |

1.   I am employed in the County of Nevada, State of California. I am over the age of 18 and not a party to the within action; my business address is Diamond ♦ Baker, LLP, P.O. Box 1147, Cedar Ridge, CA 95924-1147. I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

2.   On September 2, 2008, I served by U.S. Mail the following documents:

(1)   Amended Case Management Conference Order.

Both served on the interested parties in this action:

| | |
|---|---|
| Michael Barnes <br> Sonia Martin <br> Christopher Windle <br> Sonnenschein Nath & Rosenthal LLP | 2121 N. California Boulevard, Suite 800 <br> Walnut Creek, California 94596-7342 <br> Telephone: 925/949-2600 <br> Facsimile: 925/949-2610 |

---

Case No. C-08-3675 MMC                                                                        Certificate of Service

1  email: mbarnes@sonnenschein.com
        smartin@sonnenschein.com
2       cwindle@sonnenschein.com

3  Attorneys for Defendant Allstate Insurance
   Company
4

5  Executed on September 2, 2008, at Grass Valley, California.

                                    _____
                                           Kim Ashley

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDREW BERANBOM, et al.,                )
                                        )
                                        )
             Plaintiff(s),              )    NO. C-08-3675 MMC
                                        )
      vs.                               )    AMENDED
                                        )    CASE MANAGEMENT
ALLSTATE INSURANCE COMPANY,             )    CONFERENCE ORDER
                                        )
             Defendant(s),              )
_____    )

    IT IS HEREBY ORDERED that, pursuant to Rule 16(b), Federal Rules of Civil Procedure, and Civil L.R. 16-2, a Case Management Conference will be held in this case before the Honorable Maxine M. Chesney on __Friday, November 7, 2008__ at 10:30 a.m. in Courtroom No. 7, 19th floor Federal Building.

    Plaintiff(s) shall serve copies of this Order and the Court's Standing Orders at once on all parties to this action, and on any parties subsequently joined, in accordance with the provisions of Fed.R.Civ.P. 4 and 5. Following service, plaintiff(s) shall file a certificate of service with the Clerk of this Court.

    Counsel are directed to confer in advance of the Case Management Conference with respect to all of the agenda items listed in the Standing Order for All Judges of the Northern District of California/Contents of Joint Case Management Statement. **Not less than seven days before the conference, counsel shall file a joint case management statement addressing each agenda item.** Failure to file a joint statement shall be accompanied by a signed declaration setting forth the grounds for such failure.

    Each party shall be represented at the Case Management Conference by counsel prepared to address all of the matters referred to in this Order, and with authority to enter stipulations and make admissions pursuant to this Order.

    Any request to reschedule the above dates shall be made in writing, and, if possible, by

stipulation. Unless impracticable, such request shall be made not less than ten days before the conference date. Good cause must be shown.

Failure to comply with this Order or the Local Rules of this Court may result in sanctions. See Fed.R.Civ.P. 16(f); Civil L.R. 1-4.

IT IS SO ORDERED.

Dated: February 27, 2007.

                                          MAXINE M. CHESNEY
                                          United States District Judge