```
 1   CRAIG DIAMOND (State Bar No. 89361)
     DIAMOND ♦ BAKER, LLP
 2   P.O. Box 1147
     Cedar Ridge, CA 95924-1147
 3   Telephone:  (530) 272-9977
     Facsimile:   (530) 272-6463
 4   Email:       cdiamond@dbplaw.net

 5   Attorneys for Plaintiffs
     ANDREW BERANBOM, COOPBOM, LLC
 6

 7   MICHAEL BARNES (State Bar No. 121314)
     SONIA MARTIN (State Bar No. 191148)
 8   CHRISTOPHER WINDLE (State Bar No. 141123)
     SONNENSCHEIN NATH & ROSENTHAL LLP
 9   2121 N. California Blvd., Suite 800
     Walnut Creek, California 94596-7342
10   Telephone: (925) 949-2600
     Facsimile:  (925) 949-2610
11   Email:       mbarnes@sonnenschein.com
                  smartin@sonnenschein.com
12                cwindle@sonnenschein.com

13   Attorneys for Defendant
     ALLSTATE INSURANCE COMPANY
14
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ANDREW BERANBOM, COOPBOM, LLC, | No. C 08-03675 MMC |
|---|---|
| Plaintiffs, | STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE [F.R.C.P 41(a)(1)] AND ~~PROPOSED~~ ORDER |
| vs. | |
| ALLSTATE INSURANCE COMPANY, and DOES 1 to 200, inclusive, | |
| Defendants. | |

- 1 -

Case No. C 08-03675 MMC

STIPULATION FOR DISMISSAL AND ~~[PROPOSED]~~ ORDER

WHEREAS this action seeks damages arising from Allstate's handling of plaintiffs' insurance claim stemming from a December 18, 2007 loss at 1801 Koyukon Drive, South Lake Tahoe, California; and

WHEREAS the action has settled in its entirety;

NOW, therefore, the parties that have appeared in this action hereby stipulate, through their counsel of record, that this action shall be dismissed in its entirety with prejudice, with the parties to bear their own costs and attorneys' fees incurred herein.

**IT IS SO STIPULATED**

Dated: September 24, 2008

DIAMOND ♦ BAKER, LLP

By: _____
CRAIG DIAMOND

Attorneys for Plaintiffs
ANDREW BERANBOM and COOPBOM, LLC

Dated: October 27, 2008

SONNENSCHEIN NATH & ROSENTHAL LLP

By: _____
MICHAEL BARNES

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

**ORDER**

In view of the foregoing stipulation, and good cause appearing, the Court finds that this action should be, and hereby is, dismissed in its entirety with prejudice, with each side to bear its own costs and attorneys' fees.

**IT IS SO ORDERED**

Dated: October 29, 2008

_____
Hon. Maxine M. Chesney
United States District Judge

- 2 -

Case No. C 08-03675 MMC

STIPULATION FOR DISMISSAL
AND [PROPOSED] ORDER